# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1619

VERSUS

TRESSIE LUCINDA NEWBERRY                              **MARCH 14, 2022**

---

In Re:    Tressie Lucinda Newberry, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 09-13-0206.

---

**BEFORE:    GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** This court returned the
record on December 13, 2021. Counsel failed to include the
application for postconviction relief, the State's response, the
commissioner's report, the district court's ruling, and the
trial transcript. Supplementation of this writ application
and/or an application for rehearing will not be considered. See
Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.
Any future filing on this issue should include the entire
contents of this application, the missing items noted above, and
a copy of this ruling. In the event relator elects to file a
new application with this court, he may do so without the
necessity of obtaining a return date, and the application must
be filed on or before April 11, 2022.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT